IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER CHUNN,

    Plaintiff,

v.

SOLANO COUNTY JAIL, et al.,

    Defendants.

No. C 15-5037 MEJ  (PR)

**ORDER OF TRANSFER**

    Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.  While he alleges various unrelated claims, his main group of claims arises from events occurring in Solano County.  Solano County is located within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  No defendant is alleged to reside in the Northern District.  Venue therefore is proper in the Eastern District, and not in this one.  See 28 U.S.C. § 1391(b).

    Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.  In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

    IT IS SO ORDERED.

DATED: January 14, 2016

Maria-Elena James
United States Magistrate Judge